

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-73,780-03 and 04

### EX PARTE BARETTA ROBINSON, Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 1116903-C and D IN THE 182nd DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to twenty-five years' imprisonment. The First Court of Appeals dismissed his appeal for want of jurisdiction. *Robinson v. State*, No. 01-09-00890-CR (Tex. App.—Houston [1st Dist.] Jan. 14, 2010) (not designated for publication).

In both applications, Applicant contends that his trial counsel was ineffective for failing to object to the indictment in this case.

On September 14, 2016, this Court dismissed Applicant's -03 application pursuant to TEX.

CODE CRIM. PROC. art. 11.07, § 4.[1]  We withdraw our previous ruling on our own motion. Applicant's prior application only raised an out-of-time appeal claim based on ineffective assistance of counsel.  And a prior application only seeking an out-of-time appeal does not raise a claim that triggers the procedural bar of § 4.  *Ex parte McPherson*, 32 S.W.3d 860 (Tex. Crim. App. 2000). Therefore, Applicant's -03 application was not barred from consideration by the provisions of § 4.

After a review of the record, we deny relief in both applications.

Filed: November 9, 2016
Do not publish

---

[1] Applicant's -04 application was filed with the district clerk prior to our ruling on the -03 application.